# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR 06-J-606-S |
| DAVID DEMETRIC HUTCHINSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Magistrate Judge Harwell G. Davis, III having entered a Report and Recommendation on March 2, 2007, recommending that motions to suppress (doc. 23 and 24) be denied,

It is hereby ORDERED that the undersigned ADOPTS and ACCEPTS the Report and Recommendation, and said motions to suppress are DENIED.

**DONE** and **ORDERED** this 5th day of March 2007.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE